USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAJA KHALIL and DANA AYOUB,

Plaintiffs,

-against-

CITY OF NEW YORK and NYPD OFFICER JANE DOE 1,

Defendants.

26 Civ. 7252 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 28, 2026, the parties submitted a proposed case management plan. *See* ECF No. 16. In this plan, the parties stated that fact discovery would be completed by March 22, 2027, which is more than 120 days from their submission date. *See id.* at 1. However, the parties did not submit any information on "unique complexities or other exceptional circumstances" in the case that would warrant a fact discovery period exceeding 120 days. Additionally, the parties did not propose a date by which expert discovery shall be completed. *See id.* at 2.

By **November 12, 2026**, the parties shall file an amended proposed case management plan correcting these errors or a brief joint letter explaining why discovery is particularly complex in this matter and proposing an expert discovery deadline.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ANALISA TORRES
United States District Judge