COHEN&GREEN

November 2, 2026

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Khalil et al v. City of New York et al, 26-cv-07252-AT

Your Honor:

My firm, with co-counsel, represents Plaintiff in the case above. Per the Court's Order at ECF No. 9, I write jointly with Defendants to inform the Court that the Parties do not consent to conducting all further proceedings before the assigned Magistrate Judge.

As always, we thank the Court for its time.

Respectfully submitted,

/s/

Leena Mohmoud Widdi
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.