USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAJA KHALIL and DANA AYOUB,

Plaintiffs,

-against-

CITY OF NEW YORK and NYPD OFFICER JANE DOE 1,

Defendants.

26 Civ. 7252 (AT) (VF)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Valerie Figueredo for the following purposes:

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>________________ | ☐ | Habeas Corpus |
| ☒ | **Settlement**<br>**Settlement conference within the next 60–90 days.** ***See*** **ECF No. 20 ¶ 10(c)** | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated: November 5, 2026
New York, New York

ANALISA TORRES
United States District Judge