UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SAJA KHALIL, et al.,

Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

Defendants.
----------------------------------------------------------------X

**26-CV-07252 (AT)**

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

This case has been referred to the undersigned for settlement. ECF No. 21. A pre-settlement conference in this matter is hereby scheduled for **Wednesday, January 6, 2027, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code 161006885#.**

**SO ORDERED.**

DATED: New York, New York
November 10, 2026

VALERIE FIGUEREDO
United States Magistrate Judge